

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2021

No. 04-21-00034-CV

Kevin **DUNN,**
Appellant

v.

**THE KADENCE COLLECTIVE, LLC,**
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI12519
Honorable Laura Salinas, Judge Presiding

# **O R D E R**

     Appellant's motion for an extension of time to file his brief is GRANTED. Appellant's brief is due on or before **April 23, 2021**.

_____
Irene Rios, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court